**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6542**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

BYRON JERMAINE WELTON,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.    Henry M. Herlong, Jr., Senior
District Judge.  (8:10-cr-00136-HMH-1)

———————

Submitted:  June 25, 2015              Decided:  June 30, 2015

———————

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Byron Jermaine Welton, Appellant Pro Se.   Elizabeth Jean Howard,
Assistant United States Attorney, Greenville, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron Jermaine Welton appeals the district court's order denying his motion for a sentence reduction, which Welton filed pursuant to Fed. R. Crim. P. 35(b). On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Welton's informal brief does not challenge the basis for the district court's disposition, Welton has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>